**Order entered April 23, 2021**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

---

### No. 05-21-00100-CV

## LAURA LOPEZ, INDIVIDUALLY, ON BEHALF OF HERNAN MURILLO, DECEASED, AND AS NEXT FRIEND OF ALFONSO MURILLO, MARCOS MURILLO, ABIGAIL MURILLO, AND KAREN MURILLO, Appellant

### V.

### SUNSTATE EQUIPMENT CO. LLC, Appellee

---

### On Appeal from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-21-02079

---

### ORDER

Before the Court is appellant's April 21, 2021 unopposed second motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **May 26, 2021**. We caution appellant that a further extension request will be strongly disfavored.

/s/ KEN MOLBERG
   JUSTICE